UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GEORGE T. HRICHAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-59-B-W |
| | ) | |
| KENNEBEC COUNTY SHERIFF, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
AMENDED RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Amended Recommended Decision filed April 24, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendants' Motion for Partial Summary Judgment (Docket # 26) as to Count III and as to so much of Count I as asserts a claim against Captain Perkins be and hereby is GRANTED. Said Motion is further GRANTED as to so much of Count I as alleges a First Amended retaliation claim against Pion and Durham based upon the doctrine of qualified immunity.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 21st day of May, 2007